IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOEL VILLARREAL | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-04-112 |
| | * | |
| C&J PEST MANAGEMENT, INC., | * | |
| D/B/A ORKIN PEST CONTROL and | * | |
| ORKIN EXTERMINATING | * | |
| COMPANY, INC. | * | |

## DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW C & J PEST MANAGEMENT, INC. d/b/a ORKIN PEST CONTROL and ORKIN, INC. (incorrectly named as "Orkin Exterminating Company, Inc." in Plaintiff's First Amended Original Petition), Defendants in the above entitled and numbered cause, and file this their Certificate of Interested Entities pursuant to Paragraph 2 of the Order for Conference and discloses the following entities which may be financially interested in this litigation:

Rollins, Inc. (parent company of Orkin, Inc., a wholly-owned subsidiary)

Pursuant to a Franchise Agreement, effective January 1, 2003, Orkin Systems, Inc., a wholly-owned subsidiary of Orkin, Inc., granted a limited right, franchise, and license to C & J Pest Management, Inc. to operate a termite and pest control business utilizing the Orkin System, the Licensed Rights, and the Licensed Marks solely within the geographical area specified in the Agreement.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
Teri L. Danish
Attorney-in-Charge
State Bar No. 05375320
Southern District Admissions No. 12862
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANTS,
C&J PEST MANAGEMENT, INC. d/b/a
ORKIN PEST CONTROL and ORKIN, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Certificate of Financially Interested Entities was served upon all counsel of record, to-wit:

Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521
Attorney for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 16th day of July, 2004.

_____
Teri L. Danish