# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
FILED

NOV 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Joe Villarreal | § § | |
| VS. | § | CIVIL ACTION NO. B-04-112 |
| C & J Pest Management | § § | |

TYPE OF CASE:        __X__ CIVIL                                   ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below before the Honorable Andrew S. Hanen:

TYPE OF PROCEEDING: **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:              RESET TO DATE AND TIME:

November 12, 2004 @ 9:30 a.m.                                  November 22, 2004 @ 9:30 a.m.


MICHAEL N. MILBY, CLERK

BY: _/s/ Irma A. Soto_____
Irma A. Soto, Deputy Clerk

DATE: November 8, 2004

TO: ALL COUNSEL OF RECORD