IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL VILLARREAL | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-04-112 |
| | * | |
| C&J PEST MANAGEMENT, INC., | * | |
| D/B/A ORKIN PEST CONTROL and | * | |
| ORKIN EXTERMINATING | * | |
| COMPANY, INC. | * | |

## ORDER OF DISMISSAL

The Court, having been presented with a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a), hereby ORDERS that Plaintiff's claims against Defendants C&J PEST MANAGEMENT, INC. D/B/A ORKIN PEST CONTROL and ORKIN, INC. (incorrectly named as "Orkin Exterminating Company, Inc.) are dismissed with prejudice.

Signed this _____ day of November, 2004.

_____
UNITED STATES DISTRICT JUDGE