IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL VILLARREAL | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-04-112 |
| | * | |
| C&J PEST MANAGEMENT, INC., | * | |
| D/B/A ORKIN PEST CONTROL and | * | |
| ORKIN EXTERMINATING | * | |
| COMPANY, INC. | * | |

## ORDER OF DISMISSAL

The Court, having been presented with a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a), hereby ORDERS that Plaintiff's claims against Defendants C&J PEST MANAGEMENT, INC. D/B/A ORKIN PEST CONTROL and ORKIN, INC. (incorrectly named as "Orkin Exterminating Company, Inc.) are dismissed with prejudice.

Signed this 15 day of November, 2004.

_____
UNITED STATES DISTRICT JUDGE

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 09 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOEL VILLARREAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C&J PEST MANAGEMENT, INC., )<br>D/B/A ORKIN PEST CONTROL, )<br>and ORKIN EXTERMINATING, )<br>COMPANY, INC. )<br>)<br>Defendants. ) | CIVIL ACTION NO. B-04-112 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to the DISMISSAL WITH PREJUDICE of all claims in the above-captioned civil action, with the parties to bear their own costs.

Respectfully submitted this 7th day of November, 2004.

_____
Miguel Salinas
State Bar No. 17534750

LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, Texas  78521
(956) 550-1115 (telephone)
(956) 550-1134 (facsimile)


Counsel for Plaintiff

_____
Teri L. Danish
State Bar No. 05375320

RODRIGUEZ, COLVIN, CHANEY
    & SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas  78522
(956) 542-7441
(956) 541-2170

Counsel for Defendants